```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    v.       ORDER

WERONIKA JANCZUK,       21 Mag. 10886

        Defendant.
-----------------------------------------------------------X

    WHEREAS the defendant in the above-captioned case, Weronika Janczuk, made an application to proceed pro se in her pending criminal case;

    WHEREAS a hearing was held pursuant to Faretta v. California, 422 U.S. 806 (1975), on March 22, 2022;

    WHEREAS the Court held its Faretta ruling in abeyance pending the outcome of a psychological examination;

    WHEREAS the Court directed the parties to identify an appropriate evaluator;

    WHEREAS the parties have submitted the curriculum vitae of Cheryl Paradis, Psy.D., for the Court's review; it is hereby

    **ORDERED** that a psychiatric examination be conducted by Dr. Paradis of Ms. Janczuk at MDC Brooklyn, and that a report of such examination, including Dr. Paradis's opinion as to whether Ms. Janczuk is "competent to represent [her]self at trial," United States v. Barnes, 693 F.3d 261, 270 (2d Cir. 2012), be provided to the Court under seal; and it is further

    **ORDERED** that the Court will pay the cost of the evaluation (at a rate of $400/hour, not to exceed 15 hours); and it is further

    **ORDERED** that the Bureau of Prisons and MDC Brooklyn will permit Dr. Paradis to conduct an evaluation either in person or remotely with Ms. Janczuk (Reg. No. 81379-509), and during the examination, Dr. Paradis is permitted to bring and/or use the tools of her examination, including but not limited to a stopwatch, notepad, blank paper, pencils, pens, paper books and tests.

    **SO ORDERED**:

    _____
    Barbara Moses
    United States Magistrate Judge

Date:  April 4, 2022