USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/22/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WERONIKA JANCZUK,

Defendant.

21 Mag. 10886

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendant Weronika Janczuk, charged by complaint with one count of making threatening interstate communications in violation of 18 U.S.C. § 875(c) and one count of cyberstalking in violation of 18 U.S.C. §§ 2261A(2)(A) and 2261A(2)(B), has now sent four letters directly to the undersigned Magistrate Judge from the Metropolitan Detention Center, where she is detained. Because the defendant is represented by counsel, the Court will forward all such letters to her counsel and will not docket them or further consider them. The defendant is reminded that all motions and other requests for judicial relief in her criminal case must be presented to the Court through her counsel. If the defendant wishes to file a civil action, in which she is the plaintiff, she may do so *pro se.* However, a civil action cannot be initiated by means of a letter addressed to an individual judge.

Dated: New York, New York
      June 22, 2022

SO ORDERED.

Barbara Moses
United States Magistrate Judge